IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__Macon__ DIVISION

RECEIVED
CLERK'S OFFICE

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

2013 OCT -4  AM 8: 26

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Timothy Robinson
#966899
_____
_____

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

**Plaintiff(s)**

VS.

GEO Group Inc
Fredrick Head - Warden
Ms Rouse - Medical Coordinator
Riverbend C.F.

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO: 5 : 13-CV- 377

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Timothy Robinson #966899

2. Name and location of prison where you are now confined: Wheeler Corr Facility Alamo, Ga

3. Sentence you are now serving (how long?): 20 yrs + 20 yrs

   (a) What were you convicted of? Poss of Explosives and theft by bringing stolen vehicle into state

   (b) Name and location of court which imposed sentence: Muscogee Co, Ga

   (c) When was sentence imposed? March 1998

   (d) Did you appeal your sentence and/or conviction?  ☑ Yes    ☐ No

   (e) What was the result of your appeal? Denied

   (f) Approximate date your sentence will be completed: July 2037

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☑ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

    (a) Parties to the previous lawsuit:

Plaintiff(s): _None_

Defendant(s): —

    (b) Name of Court: —

    (c) Docket Number: —   When did you file this lawsuit? —

    (d) Name of judge assigned to case: N/A

    (e) Is this case still pending?   ☐ Yes   ☑ No

    (f) If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) N/A

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you <u>now</u> confined? Wheeler Corr Facility

    (a) How long have you been at this institution? 5 months

    (b) Does this institution have a grievance procedure?   ☑ Yes   ☐ No

    (c) If your answer to question 6(b) is "Yes," answer the following:

        (1) Did you present your complaint(s) herein to the institution as a grievance?
        ☑ Yes   ☐ No

        (2) What was the result? Denied - Completed at Autry State Prison

    (d) If your answer to question 6(b) is "No," explain why not: N/A

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: _Dr Ekwunife, Dr Sightler (Riverbend C.F.) Dr McGee Autry S.P, Dr. Haynes Wheeler C.F. and Nurse Boone Wheeler C.F._

7. In what other institutions have you been confined? Give dates of entry and exit.

_Multiple from 1995 To Present - Approx 11 prisons_

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

_Timothy Robinson #966899_
_Wheeler Corr Facility_
_P.O. Box 466_
_Alamo, 30411_

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.
(ATTACH ADDITIONAL PAGES IF NECESSARY)

_GEO Group Inc - One Park Place Suite 700, 621 Northwest 53rd Street, Baca Raton, Fla 33487_
_Fredrick Head - Warden and Ms Rouse medical Coordinator Riverbend C.F. 198 Laying Farm road Milledgeville Ga 31061_

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT. If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (Continued)

Where did the incident you are complaining about occur?   That is, at what institution or institutions?
Riverbend Correctional Facility

When do you allege this incident took place? Early June 2012

What happened? Walking back to my bed, #60 in F.B. Wearing crocks - "issued as soft shoes" which is non-supportive footwear. I slipped and fell, floor was damp with moisture - at this time. This fall I was involved in, caused compressed fracture at L-2 in my lower spine.

Improper footwear - which contributed to my falling, was in fact issued in March upon my arrival by the staff as per policy at Riverbend Correctional Facility at that time.

I was seen at medical by Dr Ekwinife multiple times and of his orders for x-rays - results confirmed fracture at L-2. Dr Ekwinife had appointment with me, stated I know your in pain - ordered non-narcotic pain meds and he ordered specialist "Consult". (I was never sent on consult.) Later, I was seen by Dr Sightler - which wrote 2 more specialist consults - quoting - your/my injury is outside his expertise and I needed specialist (consult). I was again, never sent or seen.

(At all times I am suffering from moderate to severe pain)

Dr Sightler saw me multiple times - asked me "why" I had not been to orthopedic consult. I explained my being seen by Ms Rouse - medical coordinator - who kept telling me I am on waiting list, I would be seen soon, etc etc "excuses".

Ms Rouse issued me back brace and offered me Tylenol and told me I would have to live with the pain

I went to medical to review my chart, in Ms Clarks office - Ms Rouse came in and pointed her finger at me and stated "Get your lawyer to come in and see my file)

Oct Dr Sightler again asked me why I had not seen the consult Dr. I explained how Ms Rouse kept informing me of the hundreds of consults going out (every day) and I had to wait.

Dr Sightler informed me - No consults being written. that Ms Rouse is giving me false information.

I informed Dr Sightler he needed to see and ask Ms Rouse what her delay is, she never wanted me to see orthopedic surgeon. Ms Rouse <u>never entered</u> my Dr's consults for me to be seen. Ms Rouse did finally tell me I would be seen after mid October. (Ms Rouse knew I would be transferred Oct 16 2012) therefore allowing GEO Group/Riverbend Corr facility to no longer be accountable for my injury + suffering and pain. Also avoid cost for my injury.

Due to deliberate denial of proper and adequate medical treatment caused by the individuals excercising power by virtue of state law, made possible by wrong doer clothed with authority, under color of state law.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS, IF NECESSARY)

Dr Ekwunife, Dr Sightler, Ms Rouse I was seen by each multiple Times - Fracture To spine Acknowledged by all, multiple orthopedic consults were written Ms Rouse repeatedly refused To "Enter" orthopedic consults

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.
(USE ADDITIONAL SHEETS, IF NECESSARY)

I want GEO Group, Warden Head and Ms Rouse held accountable for thier negligent Actions. That They pay any and all medical Expenses - Present and Future. They be held negligent for denying me "Adequate" medical Treatment. They Pay $5,000,000 in compensatory damages caused by deliberate negligence of my serious medical needs / Pain and suffering. This being done by officials acting under color of state Law.

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this __1__ day of __Oct__, 20_13_.

_____
(Signature of Plaintiff)

[Notary seal: PEACHES POOLE, NOTARY PUBLIC, Comm. Exp. 04/09/16, WHEELER COUNTY, GA]